and Others, Constituting the Town Board and Board of Highway Superintendents of the Town of Cheektowaga, County of Erie, State of New York, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied; Sears, P. J., not sitting.

LULU RENAUD, Respondent, v. FRANK RENAUD, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DREXLER-ROCHESTER PROPERTIES, INCORPORATED, v. NICHOLAS PARIS and Others, Appellants.— Motion for reargument granted. [See 235 App. Div. 892.]

CORA A. HULL, Appellant, v. HAROLD H. COHEN, Respondent, Impleaded with ADELAIDE F. JENNINGS and Another. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

CORA A. HULL, Appellant, v. HAROLD H. COHEN, Respondent, Impleaded with ADELAIDE F. JENNINGS and Another.— Motion to amend order of reversal so as to state that the reversal was made in the exercise of discretion, granted. Motion for leave to appeal to Court of Appeals denied. [See *ante*, p. 709.]

JACOB SCHMITT, Respondent, v. THE CITY OF BUFFALO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

MARGARETHA SCHMITT, Respondent, v. THE CITY OF BUFFALO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Final Judicial Settlement of the Account of MARTHA REESE BESIGEL, Administrator, etc., of THOMAS S. REESE, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

CORA A. HULL, Appellant, v. HAROLD H. COHEN and Another, Defendants, and ADELAIDE F. JENNINGS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

CORA A. HULL, Appellant, v. HAROLD H. COHEN and Another, Defendants, and EARL F. FOLEY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

## FIRST DEPARTMENT, JULY, 1932.

ALBERT ALEXANDER and Others, Respondents, Appellants, *v.* AMERICAN LEAGUE BASEBALL CLUB OF NEW YORK, Appellant, Respondent.

PER CURIAM. The order setting aside the jury's finding of contributory negligence on the part of the plaintiffs as being against the weight of the evidence was fully warranted. In fact, it might be properly said that on the record before us the plaintiffs were free from negligence as a matter of law. However, we choose to reserve final judgment upon this question until the record is again